**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 04-00279 -MB | |
| Case Name: | HARRIS, WILLIAM M | |
| | HARRIS, MARILYN D | |
| Taxpayer ID No: | *******0258 | |
| For Period Ending: | 11/09/06 | |

| | | |
|---|---|---|
| Trustee Name: | THOMAS E. SPRINGER | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******1902 TIP Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/04 | 2 | Greater Illinois Title Company | | | 21,431.78 | | 21,431.78 |
| | | 120 N. LaSalle, Suite 900 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | GREATER ILLINOIS TITLE COMPANY | Memo Amount:       112,900.00 | 1110-000 | | | |
| | | | Sale of Real Estate | | | | |
| | | FAIRBANKS CAPITAL | Memo Amount:   (  57,750.15 ) | 4110-000 | | | |
| | | | Mortgage Payoff | | | | |
| | | BANK ONE | Memo Amount:   (  13,617.63 ) | 4110-000 | | | |
| | | | 2nd Mortgage payoff | | | | |
| | | | Memo Amount:   (    7,903.00 ) | 3510-000 | | | |
| | | | Commission | | | | |
| | | JAMES EGAN | Memo Amount:   (       500.00 ) | 3210-000 | | | |
| | | | Attorney Fees | | | | |
| | | | Memo Amount:   (    2,420.50 ) | 2500-000 | | | |
| | | | Closing Costs | | | | |
| | | | Closing costs (other than commission) | | | | |
| | | | Memo Amount:   (       554.38 ) | 4700-000 | | | |
| | | | Taxes | | | | |
| | | CITY OF CHICAGO - WATER | Memo Amount:   (       591.74 ) | 2500-000 | | | |
| | | | Water Fee | | | | |
| | | | Memo Amount:   (       912.69 ) | 4700-000 | | | |
| | | | Taxes | | | | |
| | | | Memo Amount:   (       800.12 ) | 2820-000 | | | |
| | | | Taxes | | | | |
| | | | Memo Amount:   (       614.81 ) | 4700-000 | | | |
| | | | Taxes | | | | |
| | | | Memo Amount:   (    5,803.20 ) | 2500-000 | | | |
| | | | Repair Credit | | | | |

Page Subtotals        21,431.78             0.00

LFORM24

Ver: 11.70a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-00279 -MB  
Case Name: HARRIS, WILLIAM M  
HARRIS, MARILYN D  
Taxpayer ID No: *******0258  
For Period Ending: 11/09/06  

Trustee Name: THOMAS E. SPRINGER  
Bank Name: BANK OF AMERICA  
Account Number / CD #: *******1902  TIP Account  

Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/04 | 13 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000    0.99 | | 21,432.77 |
| 07/30/04 | 13 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000    1.81 | | 21,434.58 |
| 08/31/04 | 13 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000    1.82 | | 21,436.40 |
| 09/30/04 | 13 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000    1.76 | | 21,438.16 |
| 10/12/04 | 14 | First Bank<br>St. Louis, Missouri 63141 | Turnover of Funds per Order of 6/17 | 1129-000    6,949.73 | | 28,387.89 |
| 10/29/04 | 13 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000    2.13 | | 28,390.02 |
| 11/30/04 | 13 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000    2.33 | | 28,392.35 |
| 12/31/04 | 13 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000    2.40 | | 28,394.75 |
| 01/31/05 | 13 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000    2.41 | | 28,397.16 |
| 02/28/05 | 13 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000    5.45 | | 28,402.61 |
| 03/31/05 | 13 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000    6.03 | | 28,408.64 |
| 04/29/05 | 13 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000    5.83 | | 28,414.47 |
| 05/31/05 | 13 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000    6.04 | | 28,420.51 |
| 06/03/05 | 1 | First American Title Insurance Company<br>27775 Diehl Road<br>Warrenville, IL 60555 | Gross Sales of Real Estate | 119,539.32 | | 147,959.83 |
| | | | Memo Amount:      217,500.00<br>Gross Sales of Real Estate | 1110-000 | | |
| | | LASALLE BANK | Memo Amount:     (   72,418.24 )<br>Pay-off of mortgage | 4110-000 | | |
| | | COLDWELL BANKER | Memo Amount:     (   13,050.00 )<br>Realtor's commission | 3510-000 | | |
| | | KANE COUNTY | Memo Amount:     (    3,390.31 )<br>Pre-petition real estate taxes | 4700-000 | | |
| | | KANE COUNTY | Memo Amount:     (    3,340.20 )<br>Post-petition real estate taxes | 2820-000 | | |
| | | KANE COUNTY | Memo Amount:     (    2,940.66 )<br>Post-petition real estate taxes | 2820-000 | | |

Page Subtotals     126,528.05     0.00

Ver: 11.70a  
LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-00279 -MB  
Case Name: HARRIS, WILLIAM M  
HARRIS, MARILYN D  
Taxpayer ID No: *******0258  
For Period Ending: 11/09/06

Trustee Name: THOMAS E. SPRINGER  
Bank Name: BANK OF AMERICA  
Account Number / CD #: *******1902  TIP Account

Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ARS SURVEYING SERVICE | Memo Amount:   (   285.00 )  Survey fees | 2500-000 | | | |
| | | CITY OF AURORA | Memo Amount:   (    41.02 )  Water bill | 4120-000 | | | |
| | | KENSINGTON LAKES HOMEOWNER'S ASSOCI | Memo Amount:   (   590.00 )  Association dues | 4120-000 | | | |
| | | | Memo Amount:   ( 1,905.25 )  Closing Costs | 2500-000 | | | |
| 06/30/05 | 13 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 24.62 | | 147,984.45 |
| 07/29/05 | 13 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 31.41 | | 148,015.86 |
| 08/26/05 | 1 | City of Aurora  44 E. Downer Place  Aurora, IL 60507 | Refund of Water Bill | 1110-000 | 27.37 | | 148,043.23 |
| 08/31/05 | 13 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 75.43 | | 148,118.66 |
| 09/30/05 | 13 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 73.04 | | 148,191.70 |
| 10/31/05 | 13 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 75.52 | | 148,267.22 |
| 11/30/05 | 13 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 73.12 | | 148,340.34 |
| 12/30/05 | 13 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 75.58 | | 148,415.92 |
| 01/31/06 | 13 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 75.64 | | 148,491.56 |
| 02/28/06 | 13 | BANK OF AMERICA | Interest Rate  1.100 | 1270-000 | 111.06 | | 148,602.62 |
| 02/28/06 | 001000 | Illinois Department of Revenue  P.O. box 19016  Springfield, IL 62794 | EIN 75-6720258  Estate Taxes  Estate of William M. Harris (Debtor) | 2820-000 | | 1,120.00 | 147,482.62 |
| 02/28/06 | 001001 | Illinois Department of Revenue  P.O. Box 19016  Springfield, IL 62794 | EIN #20-2088327  Estate Taxes  Estate of Marilyn D. Harris (Co-Debtor) | 2820-000 | | 1,120.00 | 146,362.62 |
| 02/28/06 | 001002 | Internal Revenue Service  Cincinnati, OH 45999 | EIN #75-6720258  Estate Taxes  Estate of William M. Harris (Debtor) | 2810-000 | | 2,429.00 | 143,933.62 |

Page Subtotals     642.79     4,669.00

LFORM24

Ver: 11.70a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-00279 -MB | Trustee Name: | THOMAS E. SPRINGER |
|---|---|---|---|
| Case Name: | HARRIS, WILLIAM M | Bank Name: | BANK OF AMERICA |
|  | HARRIS, MARILYN D | Account Number / CD #: | *******1902  TIP Account |
| Taxpayer ID No: | *******0258 | | |
| For Period Ending: | 11/09/06 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/06 | 001003 | Internal Revenue Service<br>Cincinnati, OH 45999 | EIN #20-2088327<br>Estate Taxes<br>Estate of Marilyn D. Harris | 2810-000 | | 2,429.00 | 141,504.62 |
| 03/31/06 | 13 | BANK OF AMERICA | Interest Rate  1.100 | 1270-000 | 135.39 | | 141,640.01 |
| 04/03/06 | 001004 | International Sureties, LTD.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | Blanket Bond #016026455 | 2300-000 | | 106.81 | 141,533.20 |
| 04/28/06 | 13 | BANK OF AMERICA | Interest Rate  1.100 | 1270-000 | 128.20 | | 141,661.40 |
| 05/31/06 | 13 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 155.63 | | 141,817.03 |
| 06/16/06 | 001005 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner<br>& Davis LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | | 3110-000 | | 27,129.00 | 114,688.03 |
| 06/16/06 | 001006 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner<br>& Davis LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | | 3120-000 | | 536.88 | 114,151.15 |
| 06/30/06 | 13 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 162.34 | | 114,313.49 |
| 07/31/06 | 13 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 145.63 | | 114,459.12 |
| 08/31/06 | 13 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 145.82 | | 114,604.94 |
| 09/29/06 | 13 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 141.28 | | 114,746.22 |
| 10/31/06 | 13 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 146.19 | | 114,892.41 |

Page Subtotals           1,160.48           30,201.69

LFORM24

Ver: 11.70a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-00279 -MB | Trustee Name: | THOMAS E. SPRINGER |
|---|---|---|---|
| Case Name: | HARRIS, WILLIAM M | Bank Name: | BANK OF AMERICA |
| | HARRIS, MARILYN D | Account Number / CD #: | *******1902 TIP Account |
| Taxpayer ID No: | *******0258 | | |
| For Period Ending: | 11/09/06 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 330,400.00 | COLUMN TOTALS | | 149,763.10 | 34,870.69 | 114,892.41 |
| | Memo Allocation Disbursements: | 189,428.90 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 149,763.10 | 34,870.69 | |
| | Memo Allocation Net: | 140,971.10 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 149,763.10 | 34,870.69 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 330,400.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 189,428.90 | TIP Account - ********1902 | | 149,763.10 | 34,870.69 | 114,892.41 |
| | | | | | 149,763.10 | 34,870.69 | 114,892.41 |
| | Total Memo Allocation Net: | 140,971.10 | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 11.70a

LFORM24