## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Estate of William and Marilyn Harris** | ) | No. 04 B 00279 |
| | ) | |
| 75-6720258 | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **Hon. Manuel Barbosa** |

## FIRST AND FINAL APPLICATION
## OF ALAN D. LASKO & ASSOCIATES, P.C.
## FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C.,** Certified Public Accountants, request first and final compensation of $4,293.00 and expenses of $81.76 for the time period from October 7, 2004 through February 17, 2005. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached as Exhibit A is the Affidavit pursuant to Bankruptcy Rule 2016.

## GENERAL

The Debtor filed a petition under Chapter 7 of the Federal Bankruptcy Code on or about January 6, 2004. On October 7, 2004, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this fee petition is the Applicant's time for the preparation of the income tax returns for both the husband's and wife's taxable Estates for 2004 and 2005, as well as the year 2004 amended tax returns.

## ESTATE OF WILLIAM AND MARILYN HARRIS

A recap of compensation requested is as follows:

|  | Amount | Voluntary Reduction | Net |
|---|---|---|---|
| Billing | $ 93.00 | $ - | $ 93.00 |
| Year-End Work | 3,640.10 | 140.10 | 3,500.00 |
| Amended Returns | 1,307.70 | 607.70 | 700.00 |
|  | $ 5,040.80 | $ 747.80 | $ 4,293.00 |

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA

Mr. Lasko has worked primarily in the bankruptcy field over the last 21 years.  He brings his 31 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA). Mr. Lasko is also a member of the American Bankruptcy Institute, the National Association of Bankruptcy Trustees, the American Institute of Certified Public Accountants and the Illinois CPA Society.  Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics.  Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

## ESTATE OF WILLIAM AND MARILYN HARRIS

### James Delahunt, JD, CPA, MST – Tax Manager

Mr. Delahunt has worked primarily in the field of taxation for over 26 years. He has worked in most areas of taxation, including but not limited to, business returns, individual returns, as well as estates and trusts. Mr. Delahunt has worked in the field of insolvency during this time period as well. Mr. Delahunt is an attorney and a certified public accountant and has his Masters in Taxation. He is a member of the American Bar Association, American Institute of Certified Public Accountants and Illinois CPA Society.

### Susan J. Kilgore, CPA. – Manager

Ms. Kilgore has 29 years of experience working as a manager and staff person in public accounting. She has worked for a large and small accounting firm over this period. She has substantial experience working primarily with commercial accounts of all sizes performing audits and year-end accounting and tax preparation. She also has worked with a variety of different types of for-profit and not-for-profit companies. She has an undergraduate degree in accounting and achieved the National Honor Society for Business Administration while in school. She is a certified public accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

### Lowell Yap – Staff

Mr. Yap is a second-year staff person performing accounting and tax services. Mr. Yap has an undergraduate degree in accounting from DePaul University.

## ESTATE OF WILLIAM AND MARILYN HARRIS

STAFF – SUPERVISORS, SENIORS AND ASSISTANTS

SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**BREAKDOWN BY CATEGORIES**

The categories in this Application as listed below:

BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

Cost                $93.00

## ESTATE OF WILLIAM AND MARILYN HARRIS

A recap of compensation for this category is as follows:

|                   | Hours | Rate        | Amount      |
|-------------------|-------|-------------|-------------|
| A. Lasko          | 0.2   | $  215.00   | $    43.00  |
| C. Wilson, Staff  | 1.0   |     50.00   |      50.00  |
|                   | 1.2   |             | $    93.00  |

## YEAR-END WORK

The Applicant incurred 30.4 hours in the preparation of the Estate's 2004 and 2005 workpapers

and tax returns.

The work also included the following:

- Summarized Trustee's cash receipts and disbursements.
- Preparation of SS 4 application to obtain wife's taxable Estate FEIN number.
- Prepared memos and follow-up telephone calls to obtain data from Trustee and counsel.
- Preparation of Internal Revenue Service 60-day letters for husband's and wife's taxable Estates.
- Actual time to prepare Estate's information tax returns (2004).
- Estimated time to prepare Estate's final information tax returns (2005.

|      Cost      |     $3,640.10     |

A recap of compensation for this category is as follows:

|                              | Hours | Rate       | Amount      |
|------------------------------|-------|------------|-------------|
| A. Lasko (Post 7/1/05)       | 3.5   | $  225.00  | $   787.50  |
| A. Lasko (Pre 7/1/05)        | 2.3   |    215.00  |     494.50  |
| J. Delahunt, Tax Manager     | 1.0   |    180.00  |     180.00  |
| S. Kilgore, Manager          | 3.1   |    160.00  |     496.00  |
| K. Fan, Staff                | 3.6   |    110.00  |     396.00  |
| L. Yap, Staff (Post 7/1/05)  | 6.2   |     78.00  |     483.60  |
| L. Yap, Staff (Pre 7/1/05)   | 10.7  |     75.00  |     802.50  |
|                              | 30.4  |            | $ 3,640.10  |

### ESTATE OF WILLIAM AND MARILYN HARRIS

AMENDED RETURNS

The Applicant incurred 11.3 hours in the preparation of amending the husband's and wife's estate tax returns for 2004.

Cost          <u>$1,307.70</u>

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 2.9 | $ 225.00 | $ 652.50 |
| L. Yap, Staff | 8.4 | 78.00 | 655.20 |
|  | 11.3 |  | $ 1,307.70 |

The Applicant reflects hourly rates and hours worked by each person by function.  The recap also reflects the cost of each function performed.  In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| Owner | $185 | - | $225 |
|---|---|---|---|
| Manager/Director | 150 | - | 185 |
| Supervisors | 130 | - | 150 |
| Senior | 110 | - | 130 |
| Assistant | 40 | - | 110 |

| Year-End Work | $ 44.46 |
|---|---|
| Amended Returns | 37.30 |
|  | $ 81.76 |

## ESTATE OF WILLIAM AND MARILYN HARRIS

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested first and final compensation of $4,293.00 and expenses of $81.76 should be allowed for services by your Applicant for the period October 7, 2004 through February 17, 2005.

_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois  60603
(312) 332-1302