**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ) | Chapter: | 7 |
| ) | | |
| WILLIAM M. HARRIS AND ) | Case No: | 04-00279 |
| MARILYN D. HARRIS, ) | | |
| ) | | |
| Debtors. ) | Judge: | Manuel Barbosa |

**FINAL APPLICATION FOR FEES AND EXPENSES BY KENT A. GAERTNER, TRUSTEE'S SPECIAL COUNSEL**

**NOW COMES** Kent A. Gaertner, attorney (herein "Applicant"), as duly authorized and employed special counsel to the Trustee, THOMAS E. SPRINGER, (herein the "Trustee") by and through the Trustee, and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as accountant to the Trustee, pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

1. Pursuant to the invoice and timesheet attached hereto, under cover of the attached Cover Sheet and Summary, Applicant respectfully submits and supports this application for fees and expenses.

**WHEREFORE,** Applicant, Kent A. Gaertner respectfully requests that Trustee's Special Counsel fees in the amount of $4,071.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment to the extent of available estate funds, and for any such other and further relief as this Court deems just and equitable.

    Respectfully Submitted,
    Kent A. Gaertner
    Special Counsel to Trustee Thomas E. Springer

    By:    /s/ Kent A. Gaertner
           Kent A. Gaertner


Thomas E. Springer, Trustee (ARDC #6207761)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road, Suite 330
Wheaton, IL  60187

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| WILLIAM M. HARRIS AND | ) | Case No: | 04-00279 |
| MARILYN D. HARRIS, | ) | | |
| | ) | | |
| Debtors. | ) | Judge: | Manuel Barbosa |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR
KENT A. GAERTNER AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-01-05 | Review of Morkemayer proposed contract.(.5) Telephone conference with broker advising of rejection(.2) | 0.70 | 206.50 | KAG |
| Apr-02-05 | Review of Fast Property Solutions contract.(.5) Telephone conference with broker advising of rejection(.2). | 0.70 | 206.50 | KAG |
| Apr-05-05 | Review of Desario proposed contract(.5) Telephone conference with Broker advising of rejection.(.2) | 0.70 | 206.50 | KAG |
| Apr-05-05 | Review of Corral proposed contract(.5) Telephone conference with Broker advising of rejection.(.2) | 0.70 | 206.50 | KAG |
| Apr-06-05 | Review of Williams proposed contract(.5) Telephone conference with Broker advising of rejection.(.2). | 0.70 | 206.50 | KAG |
| Apr-12-05 | Review of Summerville contract.(.5) Telephone conference with broker re: acceptance of contract(.2)Draft Addendum for "As Is" condition and waiver of warranties and representations.(.6) | 1.30 | 383.50 | KAG |
| Apr-13-05 | Order Title Search | 0.20 | 59.00 | KAG |
| Apr-21-05 | Telephone call with Realtor Sunny Gilbert re: closing date (0.2); Review Title Search (0.2) | 0.40 | 118.00 | KAG |
| May-17-05 | Letter to Attorney Shapiro representing LaSalle Bank requesting payoff letter, and providing copy of contract and order approving sale. | 0.40 | 118.00 | KAG |
| May-19-05 | Telephone call with First American Title to set closing & verify that they pick up Aurora Stamps. (0.2). Order final water bill from City of | 1.50 | 442.50 | KAG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Aurora (0.3). Order survey (0.2). Letter to attorney Wolfe at First American Title re: title clearance (0.4). Letter to attorney Voiland re: release of lien (0.4) | | | |
| May-24-05 | Telephone call with President of Homeowners Association re: Homeowners Association lien on property and payoff letter. | 0.20 | 59.00 | KAG |
| May-25-05 | Telephone call with attorney Costak re: Buyer's wishing to obtain a mortgage loan. | 0.20 | 59.00 | KAG |
| May-27-05 | Telephone call with Andrea Worrell re: closing issues and deed (.2). Telephone call with Attorney Costak's office re: preparation of Buyer's mortgage. (0.2). | 0.40 | 118.00 | KAG |
| May-31-05 | Follow up letter to City of Aurora to get water charges. | 0.20 | 59.00 | KAG |
| Jun-01-05 | Telephone call with Attorney Voiland's office re: release of Attorney Title lien (0.1). Follow up letter to Attorney Voiland (0.3). Telephone call with John Wolfe of First American Title re: title clearance of Attorneys Title lien (0.1). | 0.50 | 147.50 | KAG |
| | Prepare closing documents including draft of closing statement. Review survey for acceptability (1.5). Telephone call with First American Title to obtain updated Title invoice. (0.2) . | 1.70 | 501.50 | KAG |
| Jun-02-05 | Telephone call with First American Title to resolve mistakes on HUD-1 (0.2). Review file to make sure all documents/payoffs, etc. were received to close (0.3). | 0.50 | 147.50 | KAG |
| | Attendance at closing at First American Title, Warrenville. | 2.00 | 590.00 | KAG |
| Jun-27-05 | Receipt and review of release and settlement order on pending foreclosure case. | 0.20 | 59.00 | KAG |
| Jul-28-05 | Letter to City of Aurora re: water bill refund. | 0.30 | 88.50 | KAG |
| Aug-02-05 | Correspondence to Attorney Worrell with recorded deed for Buyer's records. | 0.30 | 88.50 | KAG |
| | **Totals** | **13.80** | **$4,071.00** | |