**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter:    7 |
| | ) | |
| WILLIAM M. HARRIS AND | ) | Case No:    04-00279 |
| MARILYN D. HARRIS, | ) | |
| | ) | |
| Debtors. | ) | Judge:  Manuel Barbosa |

**FINAL APPLICATION FOR FEES AND EXPENSES BY JOHN J. PCOLINSKI, Jr.,
TRUSTEE'S SPECIAL COUNSEL**

**NOW COMES** John J. Pcolinski, Jr., attorney (herein "Applicant"), as duly authorized and employed special counsel to the Trustee, THOMAS E. SPRINGER, (herein the "Trustee") by and through the Trustee, and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as accountant to the Trustee, pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

1. Pursuant to the invoice and timesheet attached hereto, under cover of the attached Cover Sheet and Summary, Applicant respectfully submits and supports this application for fees and expenses.

**WHEREFORE,** Applicant, John J. Pcolinski, Jr. respectfully requests that Trustee's special counsel fees in the amount of $8,460.00 and expenses in the amount of $103.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment to the extent of available estate funds, and for any such other and further relief as this Court deems just and equitable.

                        Respectfully Submitted,
                        John J. Pcolinski, Jr.
                        Special Counsel to Trustee Thomas E. Springer

                        By:    /s/ John J. Pcolinsk, Jr.
                                John J. Pcolinski, Jr.

Thomas E. Springer, Trustee (ARDC #6207761)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road, Suite 330
Wheaton, IL  6018**7**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter:    7 |
| | ) | |
| WILLIAM M. HARRIS AND | ) | Case No:    04-00279 |
| MARILYN D. HARRIS, | ) | |
| | ) | |
| Debtors. | ) | Judge:  Manuel Barbosa |

### FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR JOHN J. PCOLINSKI, JR. AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE

Professional services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/18/2004 | JJP | Telephone conference with Mr. Springer re: nature of case; | 0.40 225.00/hr | 90.00 |
| 3/25/2004 | JJP | Receipt and review draft motion, affidavit and schedules, review schedules for conflict, execute affidavit, letter to Mr. Springer; | 0.70 225.00/hr | 157.50 |
| 4/5/2004 | JJP | Telephone conference with Mr. Springer's assistant, execute affidavit, forward same; | 0.20 225.00/hr | 45.00 |
| 4/22/2004 | JJP | Receipt and review order authorizing employment, orders granting relief from stay and amended complaint (review in detail), initial legal research re: lien issue; | 2.50 225.00/hr | 562.50 |
| 4/23/2004 | JJP | Prepare appearance, call to Mr. Lowe upon hearing matter had been scheduled for court today, receive fax correspondence for same; | 0.80 225.00/hr | 180.00 |
| 5/4/2004 | JJP | Call/message to Mr. Springer; | 0.10 225.00/hr | 22.50 |
| 5/7/2004 | JJP | Legal research and draft motion to dismiss; | 3.00 225.00/hr | 675.00 |
| 5/10/2004 | JJP | Telephone conference with Clerk of Kane County re: our Appearance - how to code? Advised "as intervenor"; | 0.20 225.00/hr | 45.00 |
| 5/14/2004 | JJP | Dictate letter to Mr. Springer with copy of motion; | 0.30 225.00/hr | 67.50 |
| 5/25/2004 | JJP | Telephone conference with Mr. Lowe re: briefing schedule; | 0.30 225.00/hr | 67.50 |
| 5/27/2004 | JJP | Receipt and review correspondence from Mr. Lowe; | 0.20 225.00/hr | 45.00 |
| 7/3/2004 | JJP | Receipt and review response to motion to dismiss; | 0.40 225.00/hr | 90.00 |
| 7/6/2004 | JJP | Receipt and review motion to withdraw as counsel for Harris; diary same; | 0.20 225.00/hr | 45.00 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 7/7/2004 | JJP | Legal research re: reply in support of motion to dismiss, es. distinction between conventional and equitable subrogation; | 1.80 225.00/hr | 405.00 |
| 7/9/2004 | JJP | Receipt and review amended notice of motion from Grochocinski; | 0.20 225.00/hr | 45.00 |
| 7/13/2004 | JJP | Further legal research and draft reply in support of motion to dismiss; | 3.00 225.00/hr | 675.00 |
| 7/16/2004 | JJP | Receipt and review LaSalle Bank's answer to complaint and ABN AMRO's motion to dismiss; | 0.30 225.00/hr | 67.50 |
|  | JJP | Complete reply in support of motion to dismiss; | 0.80 225.00/hr | 180.00 |
| 7/19/2004 | JJP | Telephone conferences with Mr. Lowe re: settlement; call/message to Mr. Springer re: same; | 0.50 225.00/hr | 112.50 |
| 7/21/2004 | JJP | Conference with Mr. Lowe re: settlement; | 0.20 225.00/hr | 45.00 |
| 7/22/2004 | JJP | Receipt and review additional correspondence and order from former debtor's counsel; | 0.20 225.00/hr | 45.00 |
| 7/23/2004 | JJP | Multiple telephone calls with Mr. Lowe and Mr. Springer, review correspondence from Mr. Springer: | 1.00 225.00/hr | 225.00 |
| 8/3/2004 | JJP | Telephone conferences with Mr. Lowe and Mr. Springer's office re: 506(C) estimate/settlement; | 0.40 225.00/hr | 90.00 |
| 8/16/2004 | JJP | Receipt and review correspondence from Mr. Lowe to Judge Brawka, receive and review correspondence from ABN with its motion; | 0.40 225.00/hr | 90.00 |
| 8/19/2004 | JJP | Court appearance re: motion to dismiss - continued, letter to Mr. Springer, letter to Mr. Harris; | 3.00 225.00/hr | 675.00 |
| 9/15/2004 | JJP | Court appearance re: motion to dismiss, continued at request of Harris, call and letter to Mrs. Harris; | 2.00 225.00/hr | 450.00 |
| 9/27/2004 | JJP | Receipt and review motion to employ broker; | 0.20 225.00/hr | 45.00 |
| 11/4/2004 | JJP | Call from Attorney Shapiro, call/message to and from Mr. Springer; | 0.40 225.00/hr | 90.00 |
| 11/9/2004 | JJP | Court appearance re: Motion to dismiss, letter to Mr. Springer; | 1.30 225.00/hr | 292.50 |
| 11/17/2004 | JJP | Telephone conference with Mr. Springer re: status/strategy; | 0.30 225.00/hr | 67.50 |
| 12/1/2004 | JJP | Telephone conference with Mr. Lowe re: his amended complaint; | 0.20 225.00/hr | 45.00 |
| 12/3/2004 | JJP | Receipt and review second amended complaint, letter to Mr. Springer re: same; | 0.50 225.00/hr | 112.50 |
| 12/16/2004 | JJP | Receipt and review Tom re: motion to dismiss, receive and review LaSalle Bank's answer and affirmative defenses; | 0.50 225.00/hr | 112.50 |
| 12/22/2004 | JJP | Court appearance re: status, prepare answer to second amended complaint of ATG, letter to counsel of record and Harris re: order of 12/22/04; | 3.00 225.00/hr | 675.00 |

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/27/2004 | JJP | Receipt and review LaSalle's complaint, prepare answer to same; | 0.90<br>225.00/hr | 202.50 |
| 1/5/2005 | JJP | Telephone conference with Mr. Lowe re: status/recorded memorandum, letter from Mr. Grochocinski, receive reply to LaSalle's affirmative defenses; | 0.70<br>225.00/hr | 157.50 |
| 1/14/2005 | JJP | Telephone conference with Mr. Shapiro re: his request for preference motion in bankruptcy court, call to Mr. Springer re: same; | 0.40<br>225.00/hr | 90.00 |
| 1/17/2005 | JJP | Telephone conference with Mr. Shapiro re: his request for motion to avoid preference in bankruptcy court; | 0.20<br>225.00/hr | 45.00 |
| 1/27/2005 | JJP | Receipt and review motion for summary judgment, motion for default, prove up documents and proposed judgment order from LaSalle's counsel; letter to Mr. Springer re: same; | 0.60<br>225.00/hr | 135.00 |
| 2/7/2005 | JJP | Telephone conference with Mr. Springer re: motion to sell and motion for judgment; | 0.30<br>225.00/hr | 67.50 |
| 2/11/2005 | JJP | Telephone conference with Mr. Lowe's office looking for last court order, forward same; | 0.30<br>225.00/hr | 67.50 |
| 2/22/2005 | JJP | Receipt and review Attorney Title Guaranty's response to motion for summary judgment; | 0.30<br>225.00/hr | 67.50 |
| 2/23/2005 | JJP | Telephone conferences with Mr. Springer and Mr. Shapiro re: status; | 0.40<br>225.00/hr | 90.00 |
| 2/25/2005 | JJP | Receipt and review correspondence from LaSalle's attorney re: settlement; | 0.20<br>225.00/hr | 45.00 |
| 2/28/2005 | JJP | Call/message to Mr. Springer re: LaSalle's settlement letter; | 0.20<br>225.00/hr | 45.00 |
| 3/1/2005 | JJP | Telephone conference with Mr. Shapiro re: settlement; | 0.20<br>225.00/hr | 45.00 |
| 3/7/2005 | JJP | Receipt and review reply in support of LaSalle's motion for summary judgment; | 0.20<br>225.00/hr | 45.00 |
| 3/9/2005 | JJP | Court appearance re: LaSalle's motion for summary judgment (taken under advisement), call to and from Mr. Springer re: our position and results of hearing; | 2.50<br>225.00/hr | 562.50 |
| 4/13/2005 | JJP | Receipt and review ruling of court on motion for summary judgment, letter to Mr. Springer re: same; | 0.50<br>225.00/hr | 112.50 |
| 4/28/2005 | JJP | Telephone conference with Mr. Springer re: closing file; | 0.20<br>225.00/hr | 45.00 |
| | | **TOTALS** | 37.6 | **$8,460.00** |

## EXPENSES

| | | |
|---|---|---|
| 5/6/04 | Clerk of the Court appearance fee | $ 103.00 |

| | |
|---|---|
| **BALANCE DUE FOR FEES AND EXPENSES** | **$8,563.00** |