UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | |
| HARRIS, WILLIAM M. | ) | CASE NO. 04-00279 |
| HARRIS, MARILYN D. | ) | |
| | ) | |
| DEBTORS. | ) | JUDGE MANUEL BARBOSA |
| | ) | |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

To:     **Thomas Springer, Esq.**
        **400 South County Farm Road**
        **Suite 330**
        **Wheaton, IL   60187**
        **Registrant's  e-mail: tspringer@springerbrown.com**


        **Please Take Notice** that on November 9, 2006, the United States Trustee for the Northern District of
Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S.
Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

        The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set
forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final
Report.

**REQUEST FOR NOTICE**

        Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice
be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for
compensation and reimbursement of expenses, and the trustee's final report.

                        WILLIAM T. NEARY
                        UNITED STATES TRUSTEE


DATED:   November 9, 2006            BY:     /s/ Roman Sukley
                                            Roman Sukley, Attorney
                                            Attorney Id. # 03122172
                                            OFFICE OF THE U.S. TRUSTEE
                                            227 WEST MONROE, SUITE 3350
                                            CHICAGO, ILLINOIS  60606
                                            (312) 886-3324

**CERTIFICATE OF SERVICE**

        I, Roman Sukley, Attorney for U. S. Trustee, state that pursuant to Section II, B, 4 of the
Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of
the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report  was accomplished
through the Court's Electronic Notice for Registrants on November 9, 2006.


                        /s/ Roman Sukley