UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| HARRIS, WILLIAM M ) | CASE NO. 04-00279-MB | |
| HARRIS, MARILYN D ) | | |
| Debtors. ) | Hon. Manuel Barbosa | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:    Old Kane County Courthouse, 100 S. Third St., Room 140, Geneva, Illinois 60134

   On: December 21, 2006                 Time: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $338,450.74 |
   | Disbursements | $224,299.59 |
   | Net Cash Available for Distribution | $114,151.15 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | $0.00 | $20,172.54 | $0.00 |
| ALAN D. LASKO, ACCOUNTANT | $0.00 | $4,293.00 | $81.76 |
| JOHN J. PCOLINSKI, JR., SPECIAL ATTY | $0.00 | $8,460.00 | $103.00 |
| KENT A. GAERTNER, SPECIAL ATTY | $0.00 | $4,071.00 | $0.00 |
| THOMAS E. SPRINGER, TRUSTEE ATTY | $27,129.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are: N/A

7. Claims of general unsecured creditors totaling $382,727.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 20.11% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 1 | CITIBANK USA | $13,103.15 | $2,635.16 |
| 5 | ABN AMRO MORTGAGE GROUP, INC | $5,493.00 | $1,104.69 |
| 6 | ATTORNEYS' TITLE GUARANTY FUND, INC | $364,131.00 | $73,230.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have not been discharged. Their discharge was denied.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---:|
| Cash on hand | $50.00 |
| Checking Acct. Bank One | $200.00 |
| Furniture & household goods | $2,000.00 |
| Ordinary clothing | $400.00 |
| Wedding rings, watches, ordinary jewelry | $500.00 |
| Motorola 401(k) | $6,000.00 |
| Possible tax refund | $1,000.00 |
| Potential claim against ATGF arising from wrongful | $0.00 |
| 2003 Nissan Maxima | $25,000.00 |
| 2002 Toyota Camry | $19,000.00 |

Dated: November 16, 2006                          For the Court,

By:   KENNETH S GARDNER
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:        Thomas E. Springer
Address:        400 S. County Farm Road
                Suite 330
                Wheaton, IL  60187
Phone No.:      (630) 510-0000

```
BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514
```

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2          Date Rcvd: Nov 16, 2006
Case: 04-00279                Form ID: pdf002              Total Served: 42


The following entities were served by first class mail on Nov 18, 2006.
db         +William M. Harris,    980 Wedgewood Lane,    Aurora, IL 60506-6908
jdb        +Marilyn D. Harris,    980 Wedgewood Lane,    Aurora, IL 60506-6908
aty        +Christopher J Hales,    Springer, Brown, Covey, Gaertner & Davis,     400 S County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
aty        +Jerold Jay Shapiro,    Kamm & Shapiro, Ltd.,    318 West Adams Street,    Suite 1700,
             Chicago, IL 60606-5100
aty        +John F. Torres,    Law Offices of John F. Torres,    4336 Saratoga Ave,    Suite 201,
             Downers Grove, IL 60515-2874
aty        +John J Pcolinski,    Guerard Kalina & Musial,    100 W Roosevelt Rd A-1,    Wheaton, IL 60187-5260
aty        +Joseph R Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
aty        +Laura C Wardinski,    Kropik, Papuga & Shaw,    120 S LaSalle St,    Chicago, IL 60603-3403
aty        +Michael Halpin,    Pierce & Associates,    1 North Dearborn,    Suite 1300,    Chicago, IL 60602-4331
tr         +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 South County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
acc        +Alan D Lasko,    Alan D Lasko & Associates Pc,    29 South Lasalle Street,    Chicago, IL 60603-1507
sp         +Kent A Gaertner,    Springer, Brown, Covey, Gaertner & Davis,     400 S. County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
cr         +Lasko & Associates,    29 South LaSalle Street Suite 1240,    Chicago, IL 60603-1522
r          +Sunnie L Gilbert,    691 Essington Lane,    Buffalo Grove, IL 60089-1414
10720902   +ABN AMRO Mortgage Group, Inc.,     c/o Kamm & Shapiro, Ltd.,    318 West Adams Street-#1700,
             Chicago, Illinois 60606-5100
10720965   +ABN AMRO Mortgage Group, Inc.,     c/o Kamm & Shapiro, Ltd.,    318 West Adams Street,    Suite 1700,
             Chicago, Illinoi 60606-5100
8107972    +ABN Amro Mortgage Group, Inc,     c/o Kamm & Shapiro, Ltd,    318  W Adams St #1700,
             Chicago, IL 60606-5100
7946086    +American Express Travel Related Services,     c/o Becket & Lee,    PO Box 3001,
             Malvern, PA 19355-0701
7628344     Attorneys' Title Guaranty Fund, Inc,     c/o Lowe & Steinmetz, Ltd.,    P.O. Box 1625,
             Aurora, IL 60507-1625
7932291    +Attorneys' Title Guaranty Fund, Inc,     c/o Joseph R Voiland,    1625 Wing Road,
             Yorkville, IL 60560-9263
7946087    +Bank One,    769 Brooksedge Blvd,    Westerville, OH 43081-2821
7946088    +Bank One,    Pob 50882,    Henderson, NV 89016-0882
7946080    +Bank One,    Pob 3211,    Milwaukee, WI 53201-3211
7946079    +Bank One,    1 N Dearborn Suite 101,    Chicago IL 60602-4331
7946089    +Best Buy,    Pob 276,    Dayton OH 45401-0276
7946090    +Best Buy,    Pob 17298,    Baltimore, MD 21297-1298
7946091    +Capital Funding,    2500 S Highland Ave Ste 350,    Lombard, IL 60148-7129
7946092    +Citi Advantage World Master Card,    Pob 6402,    The Lakes, NV 88901-6402
7909721     Citibank USA,    Pob 8034,    South Hackensack, NJ 07606
7946093    +City of Chicago,    Pob 6330,    Chicago, IL 60680-6330
7946082    +Cook County Collector,    Pob 802448,    Chicago, IL 60680-2448
7946095    +Dr. Vuko Zecevic,    3114 W Irving Park Road,    Chicago, IL 60618-3434
7946083    +Fairbanks Capital Corp,    338 S Warminster,    Hatboro, PA 19040-3430
7946084    +Fairbanks Capital Corp,    Pob 551170,    Jacksonville, FL 32255-1170
7628345    +LaSalle Bank, N.A.,    c/o Kamm & Shapiro,    318 W. Adams St., Suite 1700,    Chicago, IL 60606-5100
7946096    +MBNA America,    Pob 15026,    Wilmington, DE 19850-5026
7946097    +MCI,    Pob 17890,    Denver Co 80217-0890
7946085    +Nissan,    Pob 0502,    Carol Stream IL 60132-0001
7946100    +Sears,    c/o Citi Cards,    Pob 3671,    Urbandale IA 50323-0671
7946101    +United Mileage Plus,    Pob 8650,    Wilmington, DE 19899-8650
The following entities were served by electronic transmission on Nov 16, 2006.
7946081    +Fax: 602-221-4614 Nov 17 2006 01:36:35      Chase Automotive Finance,    Pob 15700,
             Wilmington, DE 19886-5700
7946094    +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 16 2006 23:54:21      Discover,    Pob 30395,
             Salt Lake City, UT 84130-0395
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Jonathan L Carbary
aty         Kofkin, Springer & Scheinbaum P.c.,    Kofkin, Springer & Scheinbaum P.c.
aty         Marc C Scheinbaum
aty         Michael J Davis
aty         Thomas E Springer
aty         Thomas E Springer
aty         Umansky, Boris
cr          Christopher J Hales
cr          Citibank
r           Coldwell Banker Residential Brokerage
r           Dan Cacich
sp          James F Egan
sp          John Pcolinski
7946098     Microsoft Online Service
7946099     Sam's Club
aty*       +Kent A Gaertner,    Springer, Brown, Covey, Gaertner & Davis,     400 S. County Farm Rd., Suite 330,
             Wheaton, IL 60187-4547
                                                                                           TOTALS: 15, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7             Page 2 of 2            Date Rcvd: Nov 16, 2006
Case: 04-00279                Form ID: pdf002         Total Served: 42

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2006**                    **Signature:**    _/s/ Joseph Speetjens_