UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| HARRIS, WILLIAM M | ) | CASE NO. 04-00279-MB |
| HARRIS, MARILYN D | ) | |
| Debtor(s). | ) | Hon. Manuel Barbosa |

**FINAL DISTRIBUTION REPORT**

    I, THOMAS E. SPRINGER, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $37,181.30 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $77,977.24 |
| Interest (726(a)(5): | $0.00 |
| Surplus to Debtor (726(a)(6): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$ 115,158.54** |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 64,847.18 | 100.00000 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | THOMAS E. SPRINGER, statutory comp. | $20,172.54 | $20,172.54 |
| | THOMAS E. SPRINGER, trustee expenses | $0.00 | $0.00 |
| | THOMAS E. SPRINGER, Trustee Attorney Fees | $27,129.00 | $0.00 |
| | THOMAS E. SPRINGER, Trustee Attorney Expenses | $536.88 | $0.00 |
| | KENT A. GAERTNER, SPECIAL ATTY FEES | $4,071.00 | $4,071.00 |
| | JOHN J. PCOLINSKI, JR., SPECIAL ATTY FEES | $8,460.00 | $8,460.00 |
| | JOHN J. PCOLINSKI, JR., SPECIAL ATTY EXPENSES | $103.00 | $103.00 |
| | ALAN D. LASKO, ACCOUNTANT FEES | $4,293.00 | $4,293.00 |
| | ALAN D. LASKO, ACCOUNTANT EXPENSES | $81.76 | $81.76 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 382,727.15 | 20.37411 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | CITIBANK USA, Unsecured Claims | $13,103.15 | $2,669.65 |
| 5 | ABN AMRO MORTGAGE GROUP, INC, Unsecured Claims | $5,493.00 | $1,119.15 |
| 6 | ATTORNEYS' TITLE GUARANTY FUND, INC, Unsecured Claims | $364,131.00 | $74,188.44 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00000% |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| S | 2 | Attorneys' Title Guaranty Fund, Inc<br>c/o Joseph R Voiland<br>1625 Wing Road<br>Yorkville, IL 60560 | 364,131.00 | Amended by Claim No. 6 |
| S | 3 | LaSalle Bank, N.A.<br>c/o Kamm & Shapiro<br>318 W. Adams St., Suite 1700<br>Chicago, IL 60606 | 56,640.92 | Withdrawn 5/15/06 |
| U | 4 | ABN Amro Mortgage Group, Inc<br>c/o Kamm & Shapiro, Ltd<br>318 W Adams St #1700<br>Chicago, IL 60606 | 3,871.00 | Amended by Claim No. 5 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____December 21, 2006_____        /s/ Thomas E. Springer
                                             _____